UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CESAR SILVA and ZAMANTHA TAPIA,

            Plaintiffs,

vs.                                   CASE NO. 8:17-cv-2385-T-24TBM

CASA VERDE MHC, LLC, LAKESHORE COMMUNITIES, INC., LAKESHORE MANAGEMENT, INC., LISANDRA MAYSONET and BERENICE ACOSTA,

            Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The Goodwin Firm, together with its attorney of record in this case (collectively, "Goodwin" or the "Firm"), pursuant to Rule 4-1.16(b) of the *Rules Regulating the Florida Bar* and Local Rule 2.03(b), hereby files its Motion to Withdraw As Counsel for Plaintiff, "Plaintiff"), and respectfully requests that upon the expiration of ten (10) days after the date of filing of this Motion, this Court enter an Order allowing Goodwin to withdraw as counsel and in support thereof states:

    1.     Rule 2.03(b) of the *Local Rules of the U.S. District Court for the Middle District of Florida* provides an attorney who has made a general appearance in a case may withdraw upon written leave of Court after giving ten (10) days' notice to the affected client and to opposing counsel. M.D. Local Rule 2.03(b).

    2.     Multiple grounds for withdrawal exist under Rule 4-1.16(b), *Florida Rules of Professional Conduct*.

    3.     The undersigned has attempted in good faith to resolve these matters.

    4.     The above-described matters constitute an irreconcilable difference and good

cause for withdrawal.

5. Both Plaintiffs have consented to Goodwin's withdrawal from this case.

6. Plaintiffs request a 30 day stay in these proceedings to allow them to obtain new counsel in the case.

7. Withdrawal can be accomplished without any material adverse effect on the interests of Defendants.

8. Requiring the undersigned to remain on the case would impose an unreasonable financial burden on the undersigned and would adversely affect Plaintiffs' ability to prosecute their case.

WHEREFORE, for the reasons set forth herein, and pursuant to Rules 4-1.16(a)(3) and 4-1.15(b)(3) of the *Rules Regulating the Florida Bar* and L.R. 2.03(b), Goodwin respectfully requests that on April 27, 2018 – the expiration of more than ten (10) days after this date of this filing – this Court grant Goodwin leave to withdraw from representation of Plaintiffs Cesar Silva and Zamantha Tapia and enter an Order staying these proceedings for 30 days to allow Plaintiffs to obtain new counsel.

### RULE 3.01(g) CERTIFICATION

On April 17, 2018 the undersigned spoke with counsel for Defendants of Goodwin's intent to withdraw and request a stay of 30 days to allow the Plaintiffs to obtain new counsel, and Defendants consented to the relief requested herein.

Dated: April 17, 2018.

                                                Respectfully Submitted,

                                                */s/ April S. Goodwin*
                                                APRIL S. GOODWIN, ESQ.
                                                FLORIDA BAR NO: 0502537
                                                The Goodwin Firm

>801 West Bay Drive, Suite 705
>Largo, FL 33770
>Attorney for Plaintiff
>Phone: (727) 316.5333
>april@goodwin-firm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2018, I electronically filed the foregoing Motion to Withdraw As Counsel for Plaintiff with the Clerk of the Court using the CM/ECF electronic filing system, which will serve copies of the foregoing on all counsel of record, and was sent via e-mail and U.S. Certified Mail to Plaintiffs Cesar Silva and Zamantha Tapia at 111 Palmetto Terrace, Tampa, FL 33610.

>Respectfully Submitted,
>
>/s/ *April S. Goodwin*
>April S. Goodwin, Esq.
>Florida Bar Number 0502537