UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CESAR SILVA and ZAMANTHA TAPIA,

      Plaintiffs,

v.                                     Case No. 8:17-cv-2385-T-24 TBM

CASA VERDE MHC, LLC, ET AL.,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on Plaintiffs' counsel's motion to withdraw as counsel. (Doc. No. 35). In this motion, Plaintiffs' counsel asks to withdraw and also asks the Court to stay this case for 30 days so that Plaintiffs can obtain new counsel. Upon consideration, the Court will grant the motion.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    Plaintiffs' counsel's motion to withdraw as counsel (Doc. No. 35) is **GRANTED**.

(2)    This case is stayed through May 31, 2018.

(3)    Plaintiffs have until May 31, 2018 to file a notice of appearance of new counsel. If no notice of appearance of new counsel is filed on Plaintiffs' behalf, the Court will consider Plaintiffs to be proceeding pro se in this matter.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of May, 2018.

                                                   SUSAN C. BUCKLEW
                                                   United States District Judge

Copies to:
Counsel of Record
Cesar Silva and Zamantha Tapia, 111 Palmetto Terrace, Tampa, Florida 33610