FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 JUN 13 PM 1:05

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CESAR SILVA (pro se)
and ZAMANTHA TAPIA (pro se), Plaintiffs,

vs.

CASE NO. 8:17-cv-2385-T-24TBM

CASA VERDE MHC, LLC, LAKESHORE
COMMUNITIES, INC., LAKESHORE
MANAGEMENT, INC., LISANDRA
MAYSONET and BERENICE ACOSTA,
Defendants.
_____/

## PRO SE PLAINTIFFS' NOTICE OF SUBMISSION OF DISCOVERY REQUESTS TO THE DEFENDANTS AND MOTION TO GRANT LATITUDE IN THE PROCEEDINGS TO PRO SE LITIGANTS

1.      Pro se Plaintiffs, Cesar Silva and Zamantha Tapia, in good faith come before the Court to notify the Court and the Defendants that in good faith on June 13, 2018 we shall submit discovery to the Defendants via USPS Next Day Certified Mail that we prepared with our capabilities as pro se litigants in order to be delivered to the Defendants by their demanded due date of June 14, 2018. (Exhibit A and Exhibit B).

2.      The Defendants' requested from the pro se Plaintiffs "Production of Documents" and responses to "Interrogatories," and the pro se Plaintiffs in good faith on June 13, 2018 shall submit to the Defendants via USPS Certified Mail the Defendants' requested discovery. (Exhibit A and Exhibit B).

3.      We in good faith respectfully request the Court to grant us latitude in these proceedings because we are pro se litigants and because pro se Plaintiff, Cesar Silva, is a person with disabilities.

4.      In order to prevent the waste of the Court's time, in good faith, we have retained Mr. Miguel Bouzas, attorney, to help us communicate with the Defendants' attorney, Ms. Amy Baker, during the on-going settlement discussions in order to negotiate resolutions to end this pending litigation.

5.      However, during this time period, Defendants' attorney, Ms. Amy Baker sent us letters (Exhibit A and Exhibit B) that we received on June 11, 2018 via USPS regular 1st class mail that gave us only 3 days to provide Defendants with discovery by June 14, 2018 or the Defendants will be seeking penalties against us. (Exhibit A and Exhibit B).

6.      As the Defendants described in their letters dated June 7, 2018, our previous attorney, Ms. April Goodwin withdrew from this pending litigation without filing the discovery that the Defendants requested. (Exhibit A and Exhibit B).

7.      Defendants have been aware that pro se Plaintiff, Cesar Silva, is a person with disabilities and has been under continuous medical treatment.

8.      Although the Defendants' letters were delivered to the pro se Plaintiffs on June 11, 2018, the Defendants requested pro se Plaintiffs to provide Defendants by June 14, 2018, the following, "We ask that you please respond no later than June 14, 2018. If our office does not receive a response from you by that date, we will be forced to file a motion to compel with the court, which could also result in the court ordering you to pay our attorney's fees and costs incurred in filing the motion". (Exhibit A and Exhibit B).

9.      In good faith response by June 14, 2018, pro se Plaintiffs emailed the Defendants and stated the following, "Today, June 11, 2018, we received your letter dated June 7, 2018. We are in good faith submitting this response before June 14, 2018. This letter is to confirm that attorney, Mr. Miguel Bouzas has been retained and has previously reached out to communicate with you". (Exhibit C).

10.     The Defendants emailed pro se Plaintiff Tapia on June 12, 2018 at 1:33PM and stated the following to the pro se Plaintiffs, "As stated in our June 7 letter, I need to receive your and Mr. Silva's full and complete responses to our initial interrogatories and requests for production no later than June 14. Otherwise, we will be forced to ask the court to intervene and order that you provide the discovery to us". (Exhibit D).

11.     Hence, on June 12, 2018, pro se Plaintiff respectfully requested and in good faith emailed the Defendants our request for the Defendants to provide us with additional time to prepare the requested discovery after we received the Defendants' email on June 12, 2018. (Exhibit D and Exhibit E).

12.     With pro se Plaintiffs' June 12, 2018 emailed request to the Defendants for additional time to prepare the requested discovery, we stated the following to the Defendants, "We received your letter yesterday, June 11, 2018, that is requesting the discovery by June 14, 2018, and more time is needed beyond the 3 days to prepare the requested discovery. As you are aware, Cesar Silva is a combat disabled veteran with disabilities and has been under continuous medical treatment. Hence, as a reasonable accommodation, we are requesting until June 22, 2018 to provide you the discovery information." (Exhibit E).

13.     However, by the filing of the pro se Plaintiffs' Notice and Motion on June 13, 2018, the Defendants declined pro se Plaintiffs' request for extended time to provide the Defendants their requested discovery by their stated set deadline of June 14, 2018. (Exhibit F).

14.     In good faith and to avoid any bad faith actions by the Defendants, we respectfully and in good faith shall send via USPS Next Day Certified Mail the requested discovery to the Defendants on June 13, 2018 with scheduled delivery to the Defendants by their demanded deadline of June 14, 2018.

Wherefore, for good cause shown, we pro se Plaintiffs respectfully request entry of an Order regarding request for latitude in the proceedings because we are pro se litigants and other and further relief that the Court deems just and proper.

Dated: June 13, 2018

Respectfully submitted,

_____    _____
Cesar Silva (pro se Plaintiff) and Zamantha Tapia (pro se Plaintiff)
111 Palmetto Terrace
Tampa, FL 33610

```
```
Case 8:17-cv-02385-SCB-CPT   Document 39   Filed 06/13/18   Page 4 of 4 PageID 113

## CERTIFICATE OF SERVICE

We, pro se Plaintiffs, hereby certify that on June 13, 2018, we served via USPS Certified Mail a copy of the foregoing pro se Plaintiffs' Notice of Submission of Discovery Requests to the Defendants and Motion to Grant Latitude in the Proceedings to pro se Plaintiffs, as follows:

Attention: Ms. Amy Baker
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
111 North Orange Avenue
Suite 1200
Orlando, FL 32801

_____
Cesar Silva (pro se Plaintiff) and Zamantha Tapia (pro se Plaintiff)
111 Palmetto Terrace
Tampa, FL 33610