FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 JUL 17  PM 1: 52

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CESAR SILVA (Pro Se) AND ZAMANTHA
TAPIA (Pro Se),

    Plaintiffs,

v.      Case No.: 8:17-cv-2385-T24TBM

CASA VERDE MHC, LLC, LAKESHORE
COMMUNITIES, INC., LAKESHORE
MANAGEMENT, INC., LISANDRA
MAYSONET, individually, and BERENICE
ACOSTA, individually,
Defendants,

    Defendants.

_____/

### PRO SE PLAINTIFFS' NOTICE OF THE DEFENDANTS FAILURE'S TO COMPLETE APPRAISAL PER THEIR STATEMENTS TO THE COURT

1.    Pro se Plaintiffs, Cesar Silva and Zamantha Tapia, in good faith come before the Court to notify the Court that the Defendants have failed to complete the third-party appraisal of the pro se Plaintiffs' mobile home that the Defendants stated to the Court on July 2, 2018 shall be completed within two (2) weeks from July 2, 2018. (Exhibit A).

2.    The Defendants are currently selling a 1971 mobile home (311 Orange Lane) in Casa Verde MHC, LLC for Twelve Thousand Nine Hundred Dollars ($12900) (Exhibit B). During the July 2, 2018, the Defendants raised issue with the pro se Plaintiffs' mobile home year of 1972. Still, the Defendants stated to the Court that they shall complete the third-party appraisal of the pro se Plaintiffs' mobile home within two (2) weeks from July 2, 2018. (Exhibit A).

3.    Pro se Plaintiffs have reached out and conferred with the Defendants' counsel via email on July 12, 2018 and July 16, 2018 regarding the third-party appraisal and regarding which of the following the Defendants are selecting that the Court discussed on July 2, 2018 as follows: "(1) the parties have settled this case; (2) the parties still want a settlement conference with a magistrate judge; or (3) the parties agree to dismissal of this case with prejudice, with each side bearing their own fees and costs." (Exhibit A, Exhibit C, Exhibit D, Exhibit E). To date, the Defendants have not replied to the pro se Plaintiffs' email dated July

16, 2018 (Exhibit C). Mr. Bouzas also reached out to the Defendants' counsel regarding the third-party appraisal of the pro se Plaintiffs' mobile home to be completed by the Defendants.

4.      Pro se Plaintiffs have received communications via email from the Defendants of the Defendants' selection to "move for summary judgment" as stated in the Defendants' email to pro se Plaintiffs on July 12, 2018 (Exhibit E). However, the Defendants' selection to "move for summary judgment is not part of the Court's discussions on July 2, 2018 as follows: "(1) the parties have settled this case; (2) the parties still want a settlement conference with a magistrate judge; or (3) the parties agree to dismissal of this case with prejudice, with each side bearing their own fees and costs." (Exhibit A).

5. The Defendants in their email dated July 12, 2018 to the pro se Plaintiffs did not provide information to the pro se Plaintiffs regarding the third-party appraisal of the pro se Plaintiffs' mobile home to be completed by the Defendants (Exhibit E).

Wherefore, for good cause shown, pro se Plaintiffs respectfully submits this Notice to the Court and requests any relief that the Court deems just and proper.

Dated: July 17, 2018

Respectfully Submitted,

Cesar Silva (pro se Plaintiff) and Zamantha Tapia (pro se Plaintiff)
111 Palmetto Terrace
Tampa, FL 33610

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2018, Plaintiffs filed the foregoing with the Clerk of the Court and also shall send via USPS Mail with Signature Confirmation this notice to counsel for Defendants, as follows:

Attention: Ms. Amy Baker
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
111 North Orange Avenue
Suite 1200
Orlando, FL 32801

_____
Cesar Silva (pro se Plaintiff) and Zamantha Tapia (pro se Plaintiff)
111 Palmetto Terrace
Tampa, FL 33610